U.S. COURTS

AUG 25 2023

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Copy Court
Copy worley
Copy Rogers
original inz

NP Rogers, NP worley

I am writing to you Both to Resolve this case. This is my last attempt to do so. I am asking For $100.00 a piece For a total of $200.00 to Get Back part of my $350.00 Filing Fee. I have offered aprox 4 times, in the past to Resolve this. in an order on motions From the Court it said I had not tried to Resolve this case outside of court. I Sent mutiple letters to your lawyers in the past. If you agree Send check or money order to Lyerilyn Flerchinger 631 Preston Ave #30 Lewiston Idaho 83501. As soon as it is Reieved I will dismiss my case agianst you and will never persue this case agian. I Know how time Consuming and Complex these case's get. I Believe this to Be a Fair offer and the Court will Agree with me this Settlement will Free the Court to pursue other matters and Save the taxpayers (You Guys) money. Thank You For your time in this matter

Sincerely

James E Jones #38702
ISCI PO Box 14
Boise Idaho
83707

BOISE ID 837

23 AUG 2023 PM 2 L

Clerk of the Court
550 W. Fort St
Boise, Idaho
83724

83708

Inmate Name: James E Imes
Inmate No. 35724
IDAHO DEPARTMENT OF CORRECTIONS
Institution: ISCI
Address: PO Box 14
City: Boise State: ID Zip: 83707
INMATE CORRESPONDENCE